# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-04071 CPM  
**Case Name:** EAST, CLARK D  
**Period Ending:** 09/30/17

**Trustee:** (290380)   Stephen L. Meininger  
**Filed (f) or Converted (c):** 04/21/15 (f)  
**§341(a) Meeting Date:** 05/21/15  
**Claims Bar Date:** 08/17/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL ESTATE: 2933 SANDPIPER PLACE, C | 192,793.00 | 0.00 | | 0.00 | FA |
| 2 | HOUSEHOLD GOODS, FURNISHINGS, AUDIO, VIDEO | 2,000.00 | 0.00 | | 0.00 | FA |
| 3 | WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 4 | $50,000 LIFE INSURANCE POLICY | 0.00 | 0.00 | | 0.00 | FA |
| 5 | REAL ESTATE: 2933 SANDPIPER PLACE, C<br>2/17/17 Order Granting Motion to Compromise  (See Footnote) | 5,000.00 | 5,000.00 | | 75,000.00 | 25,000.00 |
| 6 | 9% INT IN LITTLE RIVE CAPITALS PARTNERS LLC  (u)<br>9/8/15 Notice of Intent to Sell Property | Unknown | 10,000.00 | | 10,000.00 | FA |
| 6 | **Assets**   **Totals**  (Excluding unknown values) | **$200,293.00** | **$15,000.00** | | **$85,000.00** | **$25,000.00** |

RE PROP# 5   The Debtor assigned the patent to Tracfind for no consideration; Watkins is drafting an Adv. Pro. to get the Tracfind patent back into the bankrutpcy estate;

---

**Major Activities Affecting Case Closing:**

Application To Employ Allan Watkins as Attorney for Trustee filed on 5/14/15; Order Authorizing Employment of Attorney entered on 5/14/15; Notice Of Rule 2004 Examination Of Clark D. East Pursuant To Local Rule 2004-1 And Bankruptcy Rule 2004 filed on 6/3/15; United States Trustee's Motion To Extend Deadline For Filing Complaint Objecting To Debtor's Discharge Pursuant to 11 USC 727 filed on 7/16/15; Order Granting Motion To Extend Time entered on 7/17/15; Ann Priddy, Mary K. Priddy, Cindy Porter And Joseph Porter's Motion For Extension Of Time To File Complaint Under Section 523 Or Section 727 Of The Bankruptcy Code filed on 7/17/15; Motion To Extend Time to Object to Debtor's Discharge filed by Linda R. Gunn, Diane Knepper, Richard & Barbara Lasher, Gilbert Martinez, Walter H. Query Jr., Ross O. Leis Trust filed on 7/17/15; Order Granting Motion To Extend Time entered on 7/20/15 (Ann Priddy, Mary K. Priddy, Cindy Porter and Joseph Porter); Order Granting Motion To Extend Time entered on 7/20/15 (Linda Gunn, Diane Knepper, Richard & Barbara Lasher, Gilbert Martinez, Walter H. Query Jr., Ross O. Leis Trust); Motion To Extend Time To File Complaints Objecting To Discharge Pursuant To 727 Of The Bankruptcy Code filed on 7/20/15 (filed by Trustee); Order Granting Motion To Extend Time entered on 7/21/15 (Trustee's motion); Motion For Extension Of Time To Object To Debtor's Disc harge filed on 7/22/15 (filed by

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 15-04071 CPM | Trustee: | (290380) Stephen L. Meininger |
| Case Name: | EAST, CLARK D | Filed (f) or Converted (c): | 04/21/15 (f) |
| | | §341(a) Meeting Date: | 05/21/15 |
| Period Ending: | 09/30/17 | Claims Bar Date: | 08/17/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Ludida PR, Inc.); Report And Notice of Intention To Sell Property of the Estate filed and served on the matrix on 9/8/15 (Debtor's interest in Little River Capitals Partners, LLC); Order Striking Motion For Extension of Time to Object to Debtor's Discharge entered on 9/10/15 (motion filed by Ludida PR, Inc.); Adv. Pro. 15-862 styled United States Trustee v. Debtor filed on 9/18/15 (objection to discharge pursuant to 727(c), (d) and (e); Notice of Filing Trustee's Assignment with copy of Bill of Sale and Assignment Of Interest filed on 10/23/15; Amended Notice Of Filing Trustee's Assignment filed on 10/26/15 with copy of Bill of Sale and Assignment Of Interest filed on 10/26/15; Motion For "Comfort Order" Approving Sale Of Property Of The Estate filed on 11/3/15; Order Granting The Trustee's Motion For Comfort Order entered on 11/7/15; Followed up with Gerald McHale on 1/22/16 - has indentified 70 companies that the Debtor has an interest in - he is going to ask the banks for each of the company for a specific month to determine where the Debtor was banking - he then plans on looking behind the bank accounts to see if there are any potential causes of action - he realizes he has not been hired yet and does not want to be until he determines whether there are any potential causes of action; Adv. Pro. 16-62 filed against TracFind, Inc. on 1/26/16 (to recover patent); Entry of Default in Adv. Pro. 16-62; Trustee's Application For Authority To Employ Gerard A. McHale, Jr. And McHale, P.A. filed on 6/0/16; Order Granting Trustee's Application To For Authority   To Employ Gerard A. McHale, Jr. And McHale, P.A. entered on 6/10/16; Tracfind, Inc. Answer And Affirmative Defenses in Adv. Pro. 16-62 filed on 5/9/16; Amended Order Scheduling Trial entered on 9/2/16 scheduling a Trial in Adv. Pro. 16-62 on 12/15/16; Motion To Approve Compromise Of Controversy (TracFind, Inc.) filed and served on the matrix on 11/14/16 (Adv. Pro. 16-62); Objection to Motion To Compromise Controversy filed by Richard Genitempo (TracFind settlement) received on 11/28/16 and filed on 11/25/16; Debtor's Waiver Of Discharge filed on 12/7/16; Order Approving Waiver Of Discharge entered on 12/9/16; Notice Of Hearing on Motion To Approve Compromise Of Controversy and Objection To Motion To Compromise scheduling hearing for February 6, 2017 (Adv. Pro. 16-62); Trustee's Objection To Claim No. 73 filed on 2/8/17; Order Granting Trsutee's Motion To Approve Compromise Of Controversy (TracFind, Inc.) entered on 2/17/17; Order Sustaining Trustee's Objection To Claim No. 73 entered on 3/13/17; Order To Show Cause And Order Of Conditional Dismissal Of Adversary Proceeding entered on 5/4/17 for Adv. Pro. 16-62; Notice Of Hearing filed on 5/15/17 scheduling a hearing on Application Of Compensation For McHale as Counsel For Trustee on 6/26/17; Order Approving Application For Allowance Of Compensation And Reimbursement Of Expenses For McHale, P.A., As Counsel For Trustee entered on 6/29/17;

10 Adversary Proceeding filed against the Debtor on 9/10/15 (dischargeability under 523(a)(2) - false pretenses, false representations and actual fraud (6 adversary proceedings); 523(a)(2) - false pretenses, false representations and actual fraud & 523(1)(4) - fraud as a fiduciary, embezzlement, larceny (4 adversary proceedings)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 15-04071 CPM  
**Case Name:** EAST, CLARK D  
**Period Ending:** 09/30/17

**Trustee:** (290380)   Stephen L. Meininger  
**Filed (f) or Converted (c):** 04/21/15 (f)  
**§341(a) Meeting Date:** 05/21/15  
**Claims Bar Date:** 08/17/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** August 31, 2016    **Current Projected Date Of Final Report (TFR):** April 30, 2018

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 15-04071 CPM | | Trustee: | Stephen L. Meininger (290380) |
|---|---|---|---|---|
| Case Name: | EAST, CLARK D | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******9766 - Checking Account |
| Taxpayer ID #: | **-***2099 | | Blanket Bond: | $41,764,000.00  (per case limit) |
| Period Ending: | 09/30/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/26/15 | {6} | JOANN FLORA | NOTICE OF SALE DATED 9/8/15 regarding Estate's interest in Business | 1229-000 | 10,000.00 | | 10,000.00 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9,990.00 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.88 | 9,976.12 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.78 | 9,960.34 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.81 | 9,946.53 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.78 | 9,932.75 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.67 | 9,917.08 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.74 | 9,903.34 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.73 | 9,889.61 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.60 | 9,874.01 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.69 | 9,860.32 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.55 | 9,844.77 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.12 | 9,830.65 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.63 | 9,817.02 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.01 | 9,802.01 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.05 | 9,787.96 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.01 | 9,772.95 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.11 | 9,759.84 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.50 | 9,745.34 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.08 | 9,732.26 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.39 | 9,716.87 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.97 | 9,702.90 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.49 | 9,689.41 |
| 08/02/17 | {5} | WATKINS LAW FIRM, P.A. ATTORNEYS AT LAW | Order Granting Trustee's Motion To Approve Compromise entered on 2/1/17/17 | 1129-000 | 75,000.00 | | 84,689.41 |
| 08/04/17 | 101 | GERARD A. McHALE, JR. | Order Granting Application For Compensation | 3210-000 | | 15,000.00 | 69,689.41 |
| | | | | Subtotals : | $85,000.00 | $15,310.59 | |

{} Asset reference(s)

Printed: 12/14/2017 03:26 PM     V.13.30

## Form 2
## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 15-04071 CPM | **Trustee:** | Stephen L. Meininger (290380) |
|---|---|---|---|
| **Case Name:** | EAST, CLARK D | **Bank Name:** | Rabobank, N.A. |
| | | **Account:** | ******9766 - Checking Account |
| **Taxpayer ID #:** | **-***2099 | **Blanket Bond:** | $41,764,000.00   (per case limit) |
| **Period Ending:** | 09/30/17 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | dated 6/29/17 | | | | |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 103.78 | 69,585.63 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.74 | 69,488.89 |
| | | | **ACCOUNT TOTALS** | | **85,000.00** | **15,511.11** | **$69,488.89** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **85,000.00** | **15,511.11** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$85,000.00** | **$15,511.11** | |

```
Net Receipts :        85,000.00
                     _____
Net Estate :         $85,000.00
```

| **TOTAL - ALL ACCOUNTS** | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******9766** | 85,000.00 | 15,511.11 | 69,488.89 |
| | $85,000.00 | $15,511.11 | $69,488.89 |

{} Asset reference(s)                                                                                            Printed: 12/14/2017 03:26 PM    V.13.30